FILED
CLERK, U.S. DISTRICT COURT

Sept 24, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
Lisa M. Baird (SBN 179958)
lbaird@reedsmith.com
Mildred Segura (SBN 210850)
msegura@reedsmith.com
Michelle Cheng (SBN 239711)
mcheng@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071

Telephone:  213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendants
Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Vertelink, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY PREHM, an individual;<br><br>            Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC SOFAMOR DANEK, USA, INC.; MEDTRONIC VERTELINK, INC.; and DOES 1 -50, inclusive,<br><br>            Defendants. | Case No.: 2:14-cv-04853-SVW-FFM<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL<br><br>Complaint Filed:  June 23, 2014<br><br>Honorable Stephen V. Wilson |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL

US_ACTIVE-119780203

Based on the Stipulation of Dismissal that has been filed in the above-captioned matter, IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed without prejudice with each party to bear its own costs.

Dated: September 24, 2015

_____
Hon. Stephen V. Wilson
U.S. District Judge